UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| ABLE PINEDA, as Representative of the Estate of ARMANDO PINEDA RAMOS, DORA ELIA ROSALES CERDA, Individually, on Behalf of All Entitled to Recover Under the Texas Wrongful Death Act for the Death of ARMANDO PINEDA RAMOS, and as Next Friend of RUTH MICAL PINEDA ROSALES and CLARA ZULAI PINEDA ROSALES, Minor Children, ERMELINDA RAMOS, and MARCO ANTONIO PINEDA RAMOS,<br><br>Plaintiffs,<br><br>V.<br><br>BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C.<br><br>Defendant. | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. V-04-89<br>JURY<br><br>UNITED STATES COURTS<br>SOUTHERN DISTRICT OF TEXAS<br>ENTERED<br><br>AUG 1 8 2005<br><br>MICHAEL N. MILBY, CLERK OF COURT |

## ORDER APPOINTING GUARDIAN AD LITEM
## FOR MINOR PLAINTIFF DIEGO ARMANDO PINEDA

BE IT REMEMBERED that on this __17th__ day of August 2005, came on to be considered the *Motion to Appoint a Guardian Ad Litem for Minor Plaintiff Diego Armando Pineda* filed herein by Plaintiffs, in the above-referenced cause of action. The Court, after review of all the pleadings on file in this cause, is of the opinion that such Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that __Philip Hundl__, a member in good standing of the Texas Bar Association, and duly licensed in the State of Texas, be appointed as Guardian Ad Litem to represent the interests of the minor child, DIEGO ARMANDO PINEDA, in the above-entitled and numbered cause.

SIGNED AND RENDERED on this 17th day of August 2005.

_____
JUDGE PRESIDING